■ David Bani-Esraili, Appellant, et al., Plaintiff, v Marvin S. Lerman, as Executor of Philip Wald, Deceased, et al., Respondents.—Judgment, Supreme Court, New York County (Harold Baer, Jr., J.), entered on May 21, 1985, unanimously affirmed, without costs and without disbursements. This court hereby, *sua sponte,* grants appellant leave to appeal to the Court of Appeals from the within order and, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. No opinion. Concur—Kupferman, J. P., Ross, Carro, Lynch and Rosenberger, JJ.